544 U.S. 1014
 DE LA CRUZ-GONZALEZ
v.
UNITED STATES
LOPEZ-CRUZ
v.
UNITED STATES
ARAGUZ-RAMIREZ
v.
UNITED STATES
CANTU-RIOS
v.
UNITED STATES
CASTILLO-BUSTAMANTE, AKA GARCIA
v.
UNITED STATES
MENDOZA-SIFUENTES
v.
UNITED STATES
TORRES-AVILA
v.
UNITED STATES
HERNANDEZ-GONZALEZ
v.
UNITED STATES
VELA-SALINAS
v.
UNITED STATES
NIEVES-ALVAREZ
v.
UNITED STATES
RAMIREZ-SANTANA
v.
UNITED STATES
VASQUEZ-ALEJOS, AKA MAYA-GALVAN
v.
UNITED STATES
PEREZ-TOSTADO
v.
UNITED STATES
SAYAS-MONTOYA
v.
UNITED STATES
ROSALES
v.
UNITED STATES
CRUZ
v.
UNITED STATES
ARVIZU-GARCIA
v.
UNITED STATES
VACA-HERNANDEZ
v.
UNITED STATES
ESPINOZA-CORTEZ
v.
UNITED STATES
LOPEZ-CRUZ
v.
UNITED STATES
SAN MARTIN, AKA HERNANDEZ-LOZANO
v.
UNITED STATES
GARCIA
v.
UNITED STATES
GONZALEZ-MATA, AKA GONZALEZ
v.
UNITED STATES
GUTIERREZ-SUAREZ
v.
UNITED STATES
ALANIS-GONZALES, AKA ROBLEDO-PESINA
v.
UNITED STATES
ROMERO RODRIGUEZ
v.
UNITED STATES
CISNEROS-CAVAZOS
v.
UNITED STATES
ARELLANO-RIOS
v.
UNITED STATES
RAMOS-LUCAS
v.
UNITED STATES
ALBARENGA-VILLALOBO
v.
UNITED STATES
 No. 04-9316.
 Supreme Court of United States.
 May 2, 2005.
 
 1
 Reported below: 115 Fed. Appx. 224.
 
 
 2
 Reported below: 115 Fed. Appx. 732.
 
 
 3
 Reported below: 115 Fed. Appx. 291.
 
 
 4
 Reported below: 115 Fed. Appx. 744.
 
 
 5
 Reported below: 115 Fed. Appx. 734.
 
 
 6
 Reported below: 115 Fed. Appx. 251.
 
 
 7
 Reported below: 115 Fed. Appx. 289.
 
 
 8
 Reported below: 115 Fed. Appx. 256.
 
 
 9
 Reported below: 115 Fed. Appx. 238.
 
 
 10
 Reported below: 115 Fed. Appx. 746.
 
 
 11
 Reported below: 115 Fed. Appx. 235.
 
 
 12
 Reported below: 115 Fed. Appx. 252.
 
 
 13
 Reported below: 115 Fed. Appx. 257.
 
 
 14
 Reported below: 115 Fed. Appx. 298.
 
 
 15
 Reported below: 115 Fed. Appx. 709.
 
 
 16
 Reported below: 115 Fed. Appx. 721.
 
 
 17
 Reported below: 115 Fed. Appx. 723.
 
 
 18
 Reported below: 115 Fed. Appx. 706.
 
 
 19
 Reported below: 115 Fed. Appx. 722.
 
 
 20
 Reported below: 115 Fed. Appx. 742.
 
 
 21
 Reported below: 117 Fed. Appx. 985.
 
 
 22
 Reported below: 115 Fed. Appx. 735.
 
 
 23
 Reported below: 115 Fed. Appx. 258.
 
 
 24
 Reported below: 115 Fed. Appx. 256.
 
 
 25
 Reported below: 115 Fed. Appx. 255.
 
 
 26
 Reported below: 115 Fed. Appx. 745.
 
 
 27
 Reported below: 115 Fed. Appx. 740.
 
 
 28
 Reported below: 115 Fed. Appx. 720.
 
 
 29
 Reported below: 115 Fed. Appx. 733.
 
 
 30
 Reported below: 115 Fed. Appx. 712. C. A. 5th Cir.
 
 
 31
 Motion of petitioners for leave to proceed in forma pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U.S. 220 (2005).